# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Odetta Harvey McClendon**  
Debtor(s)

Case No. **23-00172-JAW**  
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **December 23, 2025**

**/s/ Odetta Harvey McClendon**  
**Odetta Harvey McClendon**  
Signature of Debtor

```
ODETTA HARVEY MCCLENDON     DULANEY DENTAL              GENESIS FS
1444 FORBES DR.             310 BYRAM PL C              PO BOX 4477
BYRAM, MS 39272             BYRAM, MS 39272             BEAVERTON, OR 97076

THOMAS C. ROLLINS, JR.      FED LOAN SERVICING          GET GREEN 123
THE ROLLINS LAW FIRM, PLLC  PO BOX 69184                6360 NW 5TH WAY
P.O. BOX 13767              HARRISBURG, PA 17106        SUITE 200
JACKSON, MS 39236                                       FORT LAUDERDA, FL 33309

AFFIRM, INC.                FED LOAN SERVICING          GINNYS/SWISS COLONY
30 ISABELLA ST              POB 60610                   PO BOX 2825
FLOOR 4                     HARRISBURG, PA 17106        MONROE, WI 53566
PITTSBURGH, PA 15212

AFTERPAY                    FINGERHUT                   GREAT LAKES
222 KEARNY ST #600          6250 RIDGEWOOD ROAD         PO BOX 7860
SAN FRANCISCO, CA 94103     SAINT CLOUD, MN 56303       MADISON, WI 53707-7860

AMER PHY HOLDING            FIRST MS FCU                HOPE FEDERAL CREDIT UN
P.O. BOX 361450             600 19TH AVE                5 OLD RIVER PLACE
INDIANAPOLIS, IN 46236      MERIDIAN, MS 39301          JACKSON, MS 39202

CONTINENTAL FINANCE CO      FIRST PREMIER BANK          JACOB LAW GROUP
PO BOX 8099                 3820 N LOUISE AVE           P.O. BOX 948
NEWARK, DE 19714            SIOUX FALLS, SD 57107       OXFORD, MS 38655

CREDIT COLLECTION SERV      FIRST PREMIER BANK          JACOB LAW GROUP
2 WELLS AVE                 PO BOX 5524                 2623 WEST OXFORD LOOP
NEWTON CENTER, MA 02459     SIOUX FALLS, SD 57117       OXFORD, MS 38655

CREDIT ONE                  FORTIVA                     KING OF KASH***
PO BOX 98872                PO BOX 105555               8304 WORNALL RD
LAS VEGAS, NV 89193         ATLANTA, GA 30348           KANSAS CITY, MO 64114

CREDIT ONE BANK             GEICO                       KLARNA
PO BOX 98873                P.O. BOX 55126              PO BOX 8116
LAS VEGAS, NV 89193         BOSTON, MA 02203-5126       COLUMBUS, OH 43201
```

```
KWIKCASH, INC.                 RESURGENT CAPITAL
9150 IRVINE CENTER DR          PO BOX 10497
IRVINE, CA 92618               GREENVILLE, SC 29603


LENDCLUB BNK                   SERVI SOLUTIONS
595 MARKET STREET              PO BOX 242967
STE 200                        MONTGOMERY, AL 36124
SAN FRANCISCO, CA 94105


LVNV FUNDING                   SEZZLE
120 CORPORATE BLVD             251 N 1ST AVE
STE 100                        MINNEAPOLIS, MN 55401
NORFOLK, VA 23502


MARKECE MCCLENDON              SPRING OAKS CAPITAL
1444 FORBES DR                 ATTN: BANKRUPTCY
BYRAM, MS 39272                P.O. BOX 1216
                               CHESAPEAKE, VA 23327


MS DEPT OF REVENUE             TOWER LOAN
BANKRUPTCY SECTION             ATTN: BANKRUPTCY
PO BOX 22808                   PO BOX 320001
JACKSON, MS 39225-2808         FLOWOOD, MS 39232


NATIONAL CREDIT ADJ            TRUSTMARK
PO BOX 3023                    PO BOX 23072
HUTCHINSON, KS 67504           JACKSON, MS 39225-3072


NAVY FCU                       UPGRADE, INC.
ATTN:  BANKRUPTCY              275 BATTERY STREET
PO BOX 3000                    23RD FLOOR
MERRIFIELD, VA 22119           SAN FRANCISCO, CA 94111


PAYPAL                         WELLS FARGO
P.O. BOX 105658                PO BOX 14517
ATLANTA, GA 30348-5658         DES MOINES, IA 50306


PROSPER FUNDING LLC
221 MAIN STREET
SUITE 300
SAN FRANCISCO, CA 94105
```