**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**ODETTA HARVEY MCCLENDON** **23 – 00172 – JAW**

## NOTICE OF OBJECTION TO AMENDED CLAIM

**You are hereby notified** that an objection to your amended claim has been filed in the above referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
501 East Court Street, Suite 2.300
Jackson, MS 39201

And a copy must be served on the undersigned case Trustee and the Debtor's attorney on or ***before thirty (30) days from the date of this notice***. In the event a written response is filed, the court will notify you of the date, time and place of the hearing hereon.

/s/Harold J. Barkley, Jr.
Dated: October 19, 2026

HAROLD J. BARKLEY, JR. – MSB #2008
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**ODETTA HARVEY MCCLENDON** **23 – 00172 – JAW**

**TRUSTEE'S OBJECTION TO**
**AMENDED PROOF OF CLAIM**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to the Amended Proof of Claim filed herein by Jefferson Capital Systems, LLC (Claim No. 3-3) in the amount of $30,525.86; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Creditor, Jefferson Capital Systems, LLC, filed its amended proof of claim for what appears to be a deficiency balance on a vehicle, but has failed to provide a deficiency statement indicating that the vehicle was disposed of, and the proceeds applied to the debt. Further, it appears the Creditor failed to account for the payments made by the Trustee, in the amount of $21, 238.93, prior to the vehicle being surrendered.

2. That, the Creditor should be required to file an amended claim that attaches a deficiency breakdown, or the claim should be wholly disallowed.

3. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and upon a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Objection and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: October 19, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Odetta Harvey McClendon
1444 Forbes Drive
Byram, MS 39272

Jefferson Capital Systems, LLC
Post Office Box 7999
St. Cloud, MN 56302-9617

Dated: October 19, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.