**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**ODETTA HARVEY MCCLENDON** **23 – 00172 – JAW**

# **O R D E R**

THIS CAUSE came before this Honorable Court on the Trustee's Objection to Amended Proof of Claim [Docket Number 91 ] filed herein by Jefferson Capital Systems, LLC (Claim No. 3-3); and the Court orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Objection to Amended Proof of Claim is hereby sustained.

THAT, the amended claim of Jefferson Capital Systems, LLC (Claim No. 3-3) is hereby wholly disallowed.

##END OF ORDER##

SUBMITTED BY:

/s/Justin B. Jones
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM